

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-3-2012

# USA v. Joseph Passalaqua

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-4244

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Joseph Passalaqua" (2012). *2012 Decisions.* Paper 84.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/84

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 11-4244


United States v. Passalaqua


**ORDER**


At the direction of the Court, the opinion and judgment filed November 29, 2012 are hereby vacated.  The case will be submitted to a reconstituted merits panel for disposition.


For the Court,

 /s/ Marcia M. Waldron
Clerk


Dated: December 3, 2012
JK/cc: Mark E. Coyne, Esq.
        David W. Feder, Esq.
        K. Anthony Thomas, Esq.